IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02618-RPM

CARMEL COMMUNITY LIVING CORPORATION,

    Plaintiff,
v.

NETSUITE INC.

    Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

Upon consideration of Plaintiff's Motion to Remand to Colorado State District Court [7], it is

ORDERED that the motion is denied.

DATED: December 9th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge