IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02618-RPM

CARMEL COMMUNITY LIVING CORPORATION,

    Plaintiff,

v.

NETSUITE INC.,

    Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

    Pursuant to the Stipulation for Dismissal with prejudice, filed October 14, 2010 [21], it is

    ORDERED that this civil action is dismissed with prejudice with each party to bear its costs and attorney's fees in accordance with the Settlement Agreement and Mutual Release.

    DATED: October 15th, 2010.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge